[No. 8068–7–I.   Division One.   February 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD FREEMAN LEARY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87840, Norman B. Ackley, J., entered September 17, 1979. *Remanded* by unpublished opinion per Swanson, J., concurred in by James and Williams, JJ.

[No. 9407–6–I.   Division One.   February 1, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARCUS T. OGANS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–8–04051–2, Herbert M. Stephens, J., entered October 7, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Williams, JJ.

[No. 8485–2–I.   Division One.   February 1, 1982.]

GEORGE D. LEWIS, ET AL, *Appellants,* v. PIONEER NATIONAL TITLE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 863753, George H. Revelle, J., entered February 11, 1980. *Affirmed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Callow, J.